EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>José A. Miranda Daleccio | 2016 TSPR 4<br><br>194 DPR ____ |

Número del Caso: TS-9,610

Fecha: 11 de enero de 2016

Abogado del Peticionario:

      Lcdo. John Donato Olivencia

Materia: Reinstalación al Ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José A. Miranda Daleccio                TS-9,610


RESOLUCIÓN

San Juan, Puerto Rico, a 11 de enero de 2016.

Examinada la *Moción Solicitando Reinstalación al Ejercicio de la Abogacía* presentada por el Sr. José A. Miranda Daleccio, y transcurrido el término de suspensión de tres (3) meses del ejercicio de la abogacía decretado mediante Opinión *Per Curiam* y Sentencia de 15 de septiembre de 2015, se reinstala al señor Miranda Daleccio al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo